1  Michael L. Smith (State Bar No. 160305)
     *michael.smith@manningkass.com*
2  **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
3  101 Montgomery Street, Suite 2550
    San Francisco, California 94104
4  Telephone: (415) 217-6990
    Facsimile: (415) 217-6999
5
    Attorneys for Defendant, AMERICAN
6  ARBITRATION ASSOCIATION

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH BACIGALUPI, individually, and on          Case No. 3:24-cv-06778
     behalf of all others similarly situated,
12                                                    **JOINT STIPULATION TO EXTEND**
                    Plaintiff,                        **TIME TO RESPOND AND BRIEFING**
13                                                    **SCHEDULE ON MOTION TO DISMISS**
                 v.                                   **PURSUANT TO L.R. 6-1 AND ORDER**
14
     WELLS FARGO BANK, N.A., WELLS
15  FARGO & CO, AMERICAN
     ARBITRATION ASSOCIATION, INC. and
16  DOES 1 through 5, inclusive,,

17                  Defendants.

18

19          Plaintiff Joseph Bacigalupi and Defendants Wells Fargo Bank, N.A.; Wells Fargo & Co;

20  American Arbitration Association, Inc. (collectively "Defendants"), and by and through their

21  counsel of record, hereby stipulate as follows:

22          1.    WHEREAS, the initial Complaint in this matter was filed on September 26, 2024,

23  in the United State District Court, Northern District of California (Dkt. 1).

24          2.    WHEREAS, this case has been assigned to Magistrate Judge Sallie Kim (Dkt. 3).

25

26

27

28

**JOINT STIPULATION TO EXTEND TIME TO RESPOND AND BRIEFING SCHEDULE ON MOTION TO
DISMISS PURSUANT TO L.R. 6-1 AND ORDER**

3.  WHEREAS, on October 3 2024 , Wells Fargo & Co. filed and served a Waiver of Service, with a responsive pleading due date of December 2, 2024,  (Dkt. 8).

4.  WHEREAS, on October 8, 2024, American Arbitration Association, Inc., was served with the Summons and Complaint (Dkt. 11).

5.  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), American Arbitration Association, Inc.'s responsive pleading is due twenty-one (21) days after being served with the summons and complaint, or October 29, 2024.

6. WHEREAS, Counsel for Plaintiff and counsel for American Arbitration Association, Inc. met and conferred on October 23, 2024, and have agreed to allow American Arbitration Association, Inc.'s responsive pleading to be due by December 2, 2024.

7. WHEREAS, extending the foregoing deadline will not impact any other deadlines in this case.

8. WHEREAS, the parties have not previously requested that any other deadlines be extended.

WHEREFORE, the Parties hereby agree that the time for American Arbitration Association, Inc. to respond to the Complaint shall be extended to December 2, 2024.


DATED:  October 23, 2024                    **MANNING & KASS**
                                            **ELLROD, RAMIREZ, TRESTER LLP**



                                            By:  _____/s/ Michael L. Smith_____
                                                 Michael L. Smith
                                                 Attorneys for Defendant, AMERICAN
                                                 ARBITRATION ASSOCIATION

**JOINT STIPULATION TO EXTEND TIME TO RESPOND AND BRIEFING SCHEDULE ON MOTION TO DISMISS PURSUANT TO L.R. 6-1 AND ORDER**

DATED:  October 23, 2024                    **McCUNE LAW GROUP, APC**


By:          /s/ Richard D. McCune
          Richard D. McCune
          rdm@mccunewright.com
          Steven A. Haskins
          sah@mccunewright.com
          Valerie L. Savran
          vls@mccunewright.com
          3281 E. Guasti Road, Suite 100
          Ontario, CA 91761
          Telephone: (909) 557-1250

          Emily J. Kirk  (Pro Hac Vice)
          ejk@mccunewright.com
          231 N. Main Street, Ste. 20
          Edwardsville, IL 62025
          Telephone: (618) 307-6116

          Attorneys for Plaintiff the Putative Class


          I attest that all signatories listed above, and on whose behalf this Stipulation is submitted,

have concurred in and authorized the filing of the Stipulation.



                    /s/ Michael L. Smith
          Michael L. Smith

4854-1248-1778.1                              3                    Case No. 3:24-cv-06778

**JOINT STIPULATION TO EXTEND TIME TO RESPOND AND BRIEFING SCHEDULE ON MOTION TO DISMISS PURSUANT TO L.R. 6-1 AND ORDER**

MANNING | KASS

1

**ORDER**

2          Pursuant to the Joint Stipulation Regarding Extension to Respond to Complaint Pursuant to

3   L.R. 6-1 filed by the parties, and for good cause, **IT IS SO ORDERED**.

4

5
    Dated: _____
6

7                                                          _____

8                                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28