Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
Steven A. Haskins (State Bar No. 238865)
sah@mccunewright.com
Valerie L. Savran (State Bar No. 334190)
vls@mccunewright.com
**MCCUNE LAW GROUP, APC**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:    (909) 557-1250
Facsimile:    (909) 557 1275

Emily J. Kirk (IL Bar No. 6275282)*
ejk@mccunewright.com
**MCCUNE LAW GROUP, APC**
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116
Facsimile: (618) 307-6161

*Pro Hac Vice*

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BACIGALUPI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO & CO, AMERICAN ARBITRATION ASSOCIATION, INC. and DOES 1 through 5, inclusive,,<br><br>Defendants. | Case No. 3:24-cv-06778-SK<br><br>**JOINT STIPULATION TO VACATE CURRENT DEADLINES PURSUANT TO L.R. 6-2; [PROPOSED] ORDER** |

-1-

Plaintiff Joseph Bacigalupi and Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. ("Wells Fargo"), and the American Arbitration Association, Inc. ("AAA") (collectively "Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the operative Complaint in this matter on September 26, 2024, in the United State District Court, Northern District of California, (Dkt. No. 1);

WHEREAS, on October 2, 2024, the Court entered an order setting the deadline for the Parties to file an ADR Certification to December 9, 2024, the deadline for the Parties to meet and confer regarding initial disclosures to December 9, 2024, the deadline to make initial disclosures to December 23, 2024, the deadline for the Parties to file the Joint Case Management Conference Statement to December 23, 24, and the Initial Case Management Conference for December 30, 2024 (Dkt. No. 6);

WHEREAS, on October 3, 2024, Wells Fargo filed and served a Waiver of Service, making its responsive pleading due on or before December 2, 2024, (Dkt. No. 8);

WHEREAS, on October 8, 2024, AAA was served with the Summons and Complaint, making its responsive pleading due on or before October 29, 2024, (Dkt. No. 11);

WHEREAS, counsel for Plaintiff and AAA met and conferred on October 23, 2024 and agreed that AAA's responsive pleading should be due on December 2, 2024, to coincide with the deadline for Wells Fargo's responsive pleading;

WHEREAS, on October 28, 2024, the Court ordered AAA's responsive pleading to be due on December 2, 2024, as requested, (Dkt. No. 13);

WHEREAS, on November 27, 2024, counsel for Wells Fargo, in connection with their preparation for filing their responsive pleading, discovered that Plaintiff died on October 12, 2024;

WHEREAS, counsel for Wells Fargo notified Plaintiff's counsel on November 27, 2024, that Plaintiff died on October 12, 2024;

WHEREAS, Plaintiff's counsel has reviewed what is believed to be Plaintiff's obituary and is in the process of verifying the information;

-2-

1    WHEREAS, in light of this recently discovered information, the Parties hereby agree

2  that all current deadlines should be taken off the calendar, including the December 2, 2024,

3  deadline for Wells Fargo and AAA to file responsive pleadings/motions, the December 30,

4  2024, case management conference, and the related deadlines identified in the Court's

5  Scheduling Order (Dkt. No. 6), allowing Plaintiff sixty (60) days, or until January 31, 2025,

6  to verify the information regarding the named Plaintiff and determine next steps;

7    WHEREAS, on or before January 31, 2025, Plaintiff's counsel will either file an

8  amended Complaint or provide the Court with an update as to proposed next steps;

9    WHEREAS, the parties previously requested one other extension of deadlines, which

10  was granted. (Dkt. No. 13); and

11    WHEREAS, by entering into this stipulation, Defendants do not waive, and specifically

12  preserves, all rights to raise all defenses to Plaintiff's claims, including but not limited to any

13  affirmative defenses and defenses outlined in Rule 12 of the Federal Rules of Civil Procedure.

14    **NOW THEREFORE, IT IS SO STIPULATED**, subject to the Court's approval,

15  that all current deadlines in this matter are removed from the calendar and Plaintiff's counsel

16  will either file an amended Complaint or notify the Court of proposed next steps on or before

17  January 31, 2025.

18

19

20  DATED:  December 2, 2024                **MANNING & KASS**
                                            **ELLROD, RAMIREZ, TRESTER LLP**
21

22

23                                          By:  /s/ Mark R. Wilson
                                                 Mark R. Wilson
24                                               Attorney for Defendant, AMERICAN
                                                 ARBITRATION ASSOCIATION
25

26

27

28
                                        -3-
JOINT STIPULATION TO VACATE CURRENT DEADLINES PURSUANT TO L.R. 6-1; AND ORDER
Case No. 3:24-cv-06778-SK

1   DATED:        December 2, 2024        **MCGUIREWOODS LLP**

2
                                          By: /s/ Todd J. Dressel
3
                                          Amy Morrissey Turk
4                                         Alicia A. Baiardo
                                          Todd J. Dressel
5                                         Attorneys for Defendants WELLS FARGO BANK,
                                          N.A. and WELLS FARGO & CO.
6

7

8   DATED:        December 2, 2024        **MCCUNE LAW GROUP, APC**

9
                                          By: /s/ Richard D. McCune
10
                                          Richard D. McCune
11                                        Steven A. Haskins
                                          Valerie L. Savran
12                                        Emily J. Kirk
                                          Attorneys for Plaintiff JOSEPH BACIGALUPI
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -4-

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

2

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in

3

the filing of this document has been obtained from the signatories above.

4

5

By: _/s/ Richard D. McCune_

6

Richard D. McCune

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO VACATE CURRENT DEADLINES PURSUANT TO L.R. 6-1; AND ORDER
Case No. 3:24-cv-06778-SK

1

## [PROPOSED] ORDER

2          Pursuant to the Joint Stipulation:

3      1.   The Court will take all currently scheduled deadlines off the calendar, including the

4   December 2, 2024, deadline for Defendants to file responsive pleadings/motions and the December

5   30, 2024, case management conference, and Plaintiff will have until January 31, 2025, to either file

6   an amended Complaint or notify the Court of proposed next steps.

7

8   **IT IS SO ORDERED**

9

10   DATED:        December ____, 2024       _____

11                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO VACATE CURRENT DEADLINES PURSUANT TO L.R. 6-1; AND ORDER
Case No. 3:24-cv-06778-SK

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 2, 2024, I electronically filed the foregoing document

3

entitled **JOINT STIPULATION TO VACATE CURRENT DEADLINES** with the Clerk of the

4

Court for the United States District Court, Northern District of California using the CM/ECF system

5

and served a copy of same upon all counsel of record via the Court's electronic filing system.

6

7

Dated: December 2, 2024

8

By: /s/ Richard D. McCune

9

Richard D. McCune

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO VACATE CURRENT DEADLINES PURSUANT TO L.R. 6-1; AND ORDER
Case No. 3:24-cv-06778-SK